WR-55,687-05

IN THE COURT OF CRIMINAL APPEALS
FOR THE STATE OF TEXAS

MILTON VERAN WILLIAMS, )
                          )
      Petitioner,       )
                          )
V.                          )
                          )
Dallas County District Court )
No. 5, et al., )
                          )
      Respondant(s).    )

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 13 2015

Abel Acosta, Clerk

Case No.
Dallas County District Court
No. 5; Case No. F-9573890≤NL;
(State of Texas v. Milton Veran).

## PETITION FOR DISCRETIONARY REVIEW
## PURSUANT TO TEX. R. APP. P. 68.3

COMES NOW, Petitioner, (Milton V. Williams) (pro se), files the foregoing Petition for Discretionary Review Pursuant to TEX. R. APP. P. 68.3 of the Court's March 25, 2015 denial to review the above style cause's clerical error in the Judgment that incorrectly recited that the date sentence was imposed was on July 24, 1995.

## ARGUMENT AND AUTHORITY

At Volume 339 at Page 123 on July 24, 1995, the Honorable Judge Manny Alverza suspended the imposition of sentencing in the guilty plea transcripts. In the judgment the former Dallas County District Court No. 5 court clerk (Jim Hamlin) inadvertantly recorded that the said hearing date was the same date that sentence was imposed. at Volume 339 at Page 122.

Petitioner request a discretionary review of the above stated fact and for the Court to issue Order for the said district

Page # 1 of 2

court to conduct a Nunc Pro Tunc to correct the date sentence was imposed that was in an order during the writ of habeas corpus proceedings under Writ No. W9573890-(A); Ex parte Milton Williams in the year of 2003.

See, e.g., <u>Brown v. State</u>, 177 P.3d 577 (Okla. Crim. App. 2008) Judgment and Sentence are obviously the result of clerical error. Accordingly, upon remand, in addition to issuing an order dismissing Count 10 through 100, the district court will also need to correct Judgment and Sentence.

Albeit, in the year of 2003 under the above stated writ of habeas corpus proceedings the district court dismissed the above stated criminal case they fail to make the correction to the said judgment's date of imposition of sentence nor forward petitioner a certified copy of the correct to date sentence was imposed.

Wherefore, premises considered, Petitioner respectfully request a discretionary review of the court's past orders denying review of said prima facie claim.

Respectfully Submitted,

/s/ _____

Milton Veran Williams #399375
Jim E. Hamilton Correctional Center
53468 Mineral Springs Road
Hodgen, Okla. 74939

CERTIFICATE OF MAILING

Mailed on the 7th day of April, 2015, to below listed party:

CRIMINAL COURT OF APPEALS
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TX 78711

Page 2 of 2

_____ #399375 (ODOC)
(Affiant)